**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

```
_____
                                   :
YSAIS SEVERINO-LANTIGUA,           :
                                   :
              Plaintiff,           :    Civil No. 13-937 (FLW)
                                   :
         v.                        :
                                   :
                                   :    MEMORANDUM AND ORDER
STATE OF NEW JERSEY, et al.,       :
                                   :
              Defendants.          :
_____:
```

IT APPEARING THAT:

1. Plaintiff signed the instant Complaint for filing on February 12, 2013 and it was docketed on February 15, 2013. (Docket entry 1).

2. Plaintiff failed to submit a completed in forma pauperis application as required by 28 U.S.C. § 1915(a)(1), (2). Plaintiff's applications to proceed without payment were denied and the matter was administratively terminated. (Docket entry 2, 5.)

3. Plaintiff has now filed a letter stating that he wishes to voluntarily withdraw the matter. (Docket entry 7.)

4. Accordingly, this Court recognizes Plaintiff's notice of voluntary dismissal. The Complaint will be withdrawn from consideration by this Court, and the case closed.

   THEREFORE, it is on this  18th day of  July , 2013;

ORDERED that the Clerk shall reopen this matter by making a new and separate entry on the docket reading "CIVIL CASE REOPENED"; and it is further

ORDERED that Plaintiff's Complaint will be withdrawn; and it is further

ORDERED that the Clerk of the Court shall administratively terminate this case, without filing the complaint or assessing a filing fee; and it is further

ORDERED that the Clerk shall close the file in this matter by making a new and separate entry on the docket reading "CIVIL CASE CLOSED."

                                       s/Freda L. Wolfson
                                       Freda L. Wolfson
                                       United States District Judge